FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 31  PM 1:53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHIRLEY REYES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-2717** |
| **SPUR DISCOUNT STORE NO. 4, ET AL** | **SECTION "S" (3)** |

## O R D E R

The Court, after considering plaintiff's application for attorney's fees, the record, the applicable law, the Magistrate Judge's Report and Recommendation [Doc. #22], and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's application for attorney's fees [Doc. # 16] is GRANTED in the total amount of Six Thousand Fifty Nine dollars and thirty cents ( **$6,059.30** ).

New Orleans, Louisiana, this 30 day August , 2007.

*[signature]*
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
_✓_ CtRmDep_____
___ Doc. No.____
```